IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MACON-BIBB COUNTY INDUSTRIAL AUTHORITY,<br><br>    Plaintiff,<br><br>v.<br><br>STEVENS AEROSPACE AND DEFENSE SYSTEM, LLC,<br><br>    Defendant. | Civil Action File No.5:23-cv-00517-MTT |

**JOINT NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Macon-Bibb County Industrial Authority and Defendant Stevens Aerospace and Defense Systems, LLC, parties in the above-captioned case, and hereby jointly notify this Court that the parties have reached an agreement to resolve all pending claims. In light of the parties' settlement, the pre-trial conference set for today, and the jury trial set for the week of July 21, 2025, are no longer necessary. The parties are in the process of drafting settlement documents and will file a dismissal upon execution of same within forty-five days of this notice as required by the Court's procedures.

Respectfully submitted, this 1st day of July 2025.

| | |
|---|---|
| */s/ H. Park Burford*<br>JOHN F. KENNEDY<br>Georgia Bar No.: 414830<br>H. PARK BURFORD<br>Georgia Bar No. 180524<br>*Counsel for Plaintiff*<br>James Bates Brannan Groover LLP<br>231 Riverside Drive<br>Macon, Georgia 31201<br>pburford@jamesbatesllp.com | */s/ William H. Larsen*<br>WILLIAM H. LARSEN<br>Georgia Bar No.: 438481<br>*Counsel for Defendant*<br>Martin Snow, LLP<br>Post Office Box 1606<br>Macon, Georgia 31202<br>whlarsen@martinsnow.com |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed this *Joint Notice of Settlement* using the CM/ECF system which automatically will send email notification of such filing to the following attorneys of record:

William H. Larsen, Esq.
Martin Snow, LLP
Post Office Box 1606
Macon, Georgia 31202
whlarsen@martinsnow.com
*Counsel for Defendant*

Respectfully submitted, this 1st day of July 2025.

/s/ *H. Park Burford*
H. PARK BURFORD
Georgia Bar No. 180524
*Counsel for Plaintiff*

JAMES-BATES-BRANNAN-GROOVER, LLP
231 Riverside Drive, Suite 100
Post Office Box 4283
Macon, Georgia 31208-4283
pburford@jamesbatesllp.com