IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MACON-BIBB COUNTY INDUSTRIAL AUTHORITY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 5:23-CV-00517-MTT |
| | : | |
| STEVENS AEROSPACE AND DEFENSE SYSTEM, LLC, | : | |
| | : | |
| Defendant. | : | |

<u>STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE</u>

COME NOW Plaintiff Macon-Bibb County Industrial Authority and Defendant Stevens Aerospace and Defense Systems, LLC, all parties who have appeared in the above-captioned action, acting by and through their undersigned counsel, and hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action, including all claims asserted by Plaintiff and all counterclaims asserted by Defendant, is hereby dismissed with prejudice, with each party bearing its own costs and attorney's fees.

So stipulated, this 11th day of August, 2025.


  /s/  *John F. Kennedy*                                                       /s/  *William H. Larsen*

JOHN F. KENNEDY                                  WILLIAM H. LARSEN

State Bar No: 414830                                  State Bar No: 438481

H. PARK BURFORD                                     *Attorney for Defendant*

State Bar No: 180524                                  Martin Snow, LLP

*Attorneys for Plaintiff*                                    Post Office Box 1606

James Bates Brannan Groover LLP           Macon, Georgia 31202

231 Riverside Drive, Suite 100                  (478) 749-1731

Macon, Georgia 31201                              whlarsen@martinsnow.com

(478) 742-4280

jkennedy@jamesbatesllp.com

pburford@jamesbatesllp.com